1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5035
7    Facsmile:   (408) 535-5066

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 UNITED STATES OF AMERICA,        )   No. CR 05-00505
                                    )
14       Plaintiff,                 )   STIPULATION REGARDING
                                    )   EXCLUDABLE TIME AND [PROPOSED]
15    v.                            )   ORDER
                                    )
16                                  )
   CURTIS SALISBURY,                )
17    aka geewhzz, aka 00713,       )
                                    )
18       Defendant.                 )
                                    )

19
        It is hereby stipulated and agreed between defendant Curtis Salisbury, and his defense
20
   counsel, and the United States as follows:
21
        On August 18, 2005, defendant Salisbury was arraigned on a five-count indictment, charging
22
   as follows: Count One: Conspiracy to Commit Criminal Copyright Infringement, in violation of
23
   18 U.S.C. § 371; Counts Two and Three: Copyright Infringement By Distributing A
24
   Copyrighted Work on a Computer Network, and Aiding and Abetting, in violation of 17 U.S.C. §
25
   506(a)(1)(C), 18 U.S.C. §§ 2, 2319(d)(2); Counts Four and Five: Unauthorized Recording of
26
   Motion Pictures in a Motion Picture Exhibition Facility, and Aiding and Abetting, in violation of
27
   18 U.S.C. §§ 2, 2319B(a)(1); and Criminal Forfeiture and Destruction Allegation, in violation of
28

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 05-00505

*FILED AUG 18 2005, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

1  17 U.S.C. §§ 506(b) and 509(a), and 18 U.S.C. §§ 2, 2319B(b). A status conference was set for
2  ~~August~~ 9/26, 2005 at 9:00 a.m. before the Honorable Ronald M. Whyte.
3      In this case, the government is providing initial discovery to the defense. A substantial
4  amount of discovery consists of digital evidence. The parties stipulate and move the Court to
5  exclude time under the Speedy Trial Act from the date of the arraignment, August 18, 2005, until
6  the next status conference on September 26, 2005, because the parties believe that the ends of
7  justice served by the granting of such a continuance outweigh the best interests of the public and
8  the defendant in a speedy trial, particularly since reasonable time is needed for the defense to
9  prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).
10 The parties further stipulate that time may be excluded for reasonable time for defense
11 preparation, since the failure to exclude time would deny counsel for the defendant reasonable
12 time necessary for effective preparation, taking into account the exercise of due diligence,
13 pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv). There are also three co-defendants in
14 this case and time was previously excluded from July 14, 2005 to September 26, 2005, which
15 presents a separate basis for exclusion, pursuant to 18 U.S.C. §§ 3161(h)(7) (excluding time for
16 reasonable period of delay when the defendant is joined for trial with a codefendant as to whom
17 the time for trial has not run and no motion for severance has been granted).
18     So stipulated.
19 Dated: August 18, 2005                           KEVIN V. RYAN
                                                   United States Attorney

                                                   MARK L. KROTOSKI
                                                   Assistant United States Attorney

    So stipulated.
Dated: August 18, 2005

                                                   Attorney for Defendant Salisbury

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 05-00505                    Page 2 of 3

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the time between August 18, 2005 and September 26, 2005 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: August 18, 2005

PATRICIA V. TRUMBULL
United States Magistrate Judge