KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Avenue, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/6/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00505-RMW |
|    Plaintiff, | |
| v. | STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER |
| CURTIS SALISBURY, <br>    aka geewhzz, | |
|    Defendant. | |

   It is hereby stipulated and agreed between defendant Curtis Salisbury, by and through his counsel of record, Geoffrey Alan Braun, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

   1. This matter is presently set for a sentencing hearing on February 27, 2006 at 9:00 a.m.

   2. The Probation Officer has indicated, and the parties concur, that further time is needed to address sentencing issues.

   3. The parties do not oppose this request for further time to prepare the Presentence Report.

// // //

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
05-00505-RMW

1   For the foregoing reasons, and that the ends of justice are served by continuing this case, the
2   parties stipulate and request to a continuance of the sentencing hearing from February 27, 2006 at
3   9:00 a.m. to May 8, 2006 at 9:00 a.m., or the next available date.

4   IT IS SO STIPULATED.

5   Dated: January 26, 2006                    KEVIN V. RYAN
                                                United States Attorney

7                                                      /S/
                                                _____
8                                               MARK L. KROTOSKI
                                                Assistant United States Attorney

    Dated: January 26, 2006
10                                                     /S/
                                                _____
11                                              GEOFFREY ALAN BRAUN
                                                Attorney for Defendant

12  IT IS SO ORDERED.

13  Upon good cause shown, the sentencing hearing is continued from February 27, 2006 at 9:00
14  a.m. to May 8, 2006 at 9:00 a.m.

15  Dated: February  6 , 2006

                                                 /s/ Ronald M. Whyte
17                                              RONALD M. WHYTE
                                                United States District Judge

19  Distribute To:

20  Geoffrey Alan Braun, Esq.
21  181 Devine Street
    San Jose, CA 95110
22  FAX:  (408) 288-7316

23  Mark L. Krotoski
    AUSA
24  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113

25  Michael Whitener
26  U.S. Probation Officer
    280 South First Street
27  San Jose, CA 95113

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
05-00505-RMW                            Page 2 of  2