UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                    *E-FILED - 2/8/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00505 RMW |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| CURTIS SALISBURY,<br>   aka geewhzz, aka 00713, | |
| Defendant. | |

    Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement filed on October 6, 2005, wherein the defendant's admitted to the forfeiture allegation, and good cause appearing,

    IT IS HEREBY ORDERED that defendant Curtis Salisbury shall forfeit to the United States all of his right, title and interest in the following assets pursuant to Title 17, United States Code, Sections 506(b) and 509(a).

    A.  HP PSC 2210 all in one fax scanner copier, bar code MY2BNF501RY with cord

    B.  TDK package of approximately 20 CDs

    C.  Approximately 93 CDs

    D.  Program instructional CDs (16) , with instructions

    E.  CD/DVD labels

    F.  DVD "Remembering the Trojans"

    G.  2 Toshiba laptops serial #s 1048519100211 and 1049095000315

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

  H. Sony PSP serial # PP123307796 in box, barcode 1171985000

  I. Cannon Powershot F-70 Digital Camera bar code 1380304061, serial #0323100614

  J. Shuttle X desktop computer, two hard drives, system N85011010GE3GHO bar code N85G00342DUS0132

  K. Sony Digital Video Camera DCR-HC21, serial #1406326, 128 MB memory SD card, camera case with cords

  L. 2 Digital video cassettes

  M. 1 CD-R verbatim

  IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

  IT IS SO ORDERED this _7_ day of _February_ 2006.

            /s/ Ronald M. Whyte
            RONALD M. WHYTE
            United States District Judge