1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
      150 Almaden Avenue, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     FAX:       (408) 535-5081
      E-Mail:    Mark. Krotoski@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION
                                                    *E-FILED - 5/5/06*
13

14  UNITED STATES OF AMERICA,          )   No. CR 05-00505-RMW
                                        )
15         Plaintiff,                   )
                                        )   STIPULATION REQUESTING
16     v.                               )   CONTINUANCE OF SENTENCING
                                        )   HEARING AND ORDER
17  CURTIS SALISBURY,                   )
        aka geewhzz,                    )
18                                      )
           Defendant.                   )
19  _____)

20

21     It is hereby stipulated and agreed between defendant Curtis Salisbury, by and through his

22  counsel of record, Geoffrey Alan Braun, Esq., and the United States, by and through Assistant

23  United States Attorney Mark L. Krotoski, as follows:

24     1. This matter is presently set for a sentencing hearing on May 8, 2006 at 9:00 a.m.

25     2. The defense requests further time, until June 12, 2006, to address sentencing issues.

26     3. The parties do not oppose this request.  Probation has been advised of this defense request

27        and is available on that date.

28  // // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
05-00505-RMW

1  For the foregoing reasons, and that the ends of justice are served by continuing this case, the
2  parties stipulate and request to a continuance of the sentencing hearing from May 8, 2006 at 9:00
3  a.m. to June 12, 2006 at 9:00 a.m., or the next available date.

4  IT IS SO STIPULATED.

5  Dated: May 3, 2006                                          KEVIN V. RYAN
                                                               United States Attorney

7                                                              /s/
                                                               _____
8                                                              MARK L. KROTOSKI
                                                               Assistant United States Attorney

9  Dated: May 3, 2006
10                                                             /s/
                                                               _____
11                                                             GEOFFREY ALAN BRAUN
                                                               Attorney for Defendant

12
13  IT IS SO ORDERED.

14  Upon good cause shown, the sentencing hearing is continued from  May 8, 2006 at 9:00 a.m.
    to June 12, 2006 at 9:00 a.m.

15  Dated: May 5 , 2006

16                                                              /S/ RONALD M. WHYTE
                                                               _____
17                                                             RONALD M. WHYTE
                                                               United States District Judge

18

19  Distribute To:
20
    Geoffrey Alan Braun, Esq.
21  181 Devine Street
    San Jose, CA 95110
22  FAX:  (408) 288-7316

23  Mark L. Krotoski
    AUSA
24  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
25
    Michael Whitener
26  U.S. Probation Officer
    280 South First Street
27  San Jose, CA 95113

28