1 KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 150 Almaden Avenue, Suite 900
San Jose, California 95113
5 Telephone: (408) 535-5035
FAX:        (408) 535-5081
6 E-Mail:   Mark. Krotoski@usdoj.gov

7 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/15/06*

| UNITED STATES OF AMERICA, | ) | No. CR 05-00505-RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION REQUESTING |
| v. | ) | CONTINUANCE OF SENTENCING |
| | ) | HEARING AND ORDER |
| CURTIS SALISBURY, | ) | |
|    aka geewhzz, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant Curtis Salisbury, by and through his counsel of record, Geoffrey Alan Braun, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on June 12, 2006 at 9:00 a.m.

2. The parties request further time, until July 24, 2006, to address sentencing issues.

3. Probation has been advised of this request.

// // //

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
05-00505-RMW

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from June 12, 2006 at 9:00 a.m. to July 24, 2006 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: May __, 2006                                KEVIN V. RYAN
                                                   United States Attorney


                                                   _____
                                                   MARK L. KROTOSKI
                                                   Assistant United States Attorney

Dated: May __, 2006


                                                   _____
                                                   GEOFFREY ALAN BRAUN
                                                   Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from June 12, 2006 at 9:00 a.m. to July 24, 2006 at 9:00 a.m.

Dated: June 15, 2006

                                                    /s/ Ronald M. Whyte
                                                   _____
                                                   RONALD M. WHYTE
                                                   United States District Judge


Distribute To:

Geoffrey Alan Braun, Esq.
181 Devine Street
San Jose, CA 95110
FAX: (408) 288-7316

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Michael Whitener
U.S. Probation Officer
280 South First Street
San Jose, CA 95113