KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX:         (408) 535-5081
E-Mail:    Mark. Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/2/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00505-RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER |
| CURTIS SALISBURY, ) aka geewhzz, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Curtis Salisbury, by and through his counsel of record, Geoffrey Alan Braun, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on July 24, 2006 at 9:00 a.m.

2. The parties request further time, until September 25, 2006, to address sentencing issues.

3. The Probation Office has been advised of this request.

// // //

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
05-00505-RMW

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from July 24, 2006 at 9:00 a.m. to September 25, 2006 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: July 19, 2006

KEVIN V. RYAN
United States Attorney

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: July 19, 2006

/s/
_____
GEOFFREY ALAN BRAUN
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from July 24, 2006 at 9:00 a.m. to September 25, 2006 at 9:00 a.m.

Dated: August 2, 2006

 /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Distribute To:

Geoffrey Alan Braun, Esq.
181 Devine Street
San Jose, CA 95110
FAX:  (408) 288-7316

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Michael Whitener
U.S. Probation Officer
280 South First Street
San Jose, CA 95113

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
05-00505-RMW                         Page 2 of  2