***E-FILED 11/8/06***

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 05-00505 RMW |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] FINAL ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| CURTIS SALISBURY, ) | |
|    aka geewhzz, aka 00713, ) | |
| ) | |
| Defendant. ) | |

On February 8, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in the following:

    A. HP PSC 2210 all in one fax scanner copier, bar code MY2BNF501RY with cord

    B. TDK package of approximately 20 CDs

    C. Approximately 93 CDs

    D. Program instructional CDs (16) , with instructions

    E. CD/DVD labels

    F. DVD "Remembering the Trojans"

    G. 2 Toshiba laptops serial #s 1048519100211 and 1049095000315

    H. Sony PSP serial # PP123307796 in box, barcode 1171985000

    I. Cannon Powershot F-70 Digital Camera bar code 1380304061,  serial #0323100614

    J. Shuttle X desktop computer, two hard drives, system N85011010GE3GHO bar code N85G00342DUS0132

1  K. Sony Digital Video Camera DCR-HC21, serial #1406326, 128 MB memory SD card, camera case with cords

2  L. 2 Digital video cassettes

3  M. 1 CD-R verbatim

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order.

On March 31, 2006, Sam Salisbury, the defendant's father, filed a petition for a hearing to adjudicate the validity of his legal interest in the following items:

A. HP PSC 2210 all in one fax scanner copier, bar code MY2BNF501RY with cord;

F. DVD "Remembering the Trojans";

I. Cannon Powershot F-70 Digital Camera bar code 1380304061, serial #0323100614

J. Shuttle X desktop computer, two hard drives, system N85011010GE3GHO bar code N85G00342DUS0132; and

K. Sony Digital Video Camera DCR-HC21, serial #1406326, 128 MB memory SD card, camera case with cords

THEREFORE, it is ordered that the above-described property, with the exception of items A, F, I, J and K, shall be forfeited to the United States, pursuant to Title 17, United States Code, Sections 506(b) and 509(a). All right, title and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS FURTHER ORDERED that the United States shall return items A, F, J and K to third party claimant Sam Salisbury, forthwith.

IT IS SO ORDERED this   8th   day of   November  , 2006.

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 05-00505 RMW